FILED
Statesville, NC

JUN - 4 2026

Clerk, US District Court
Western District of NC

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

OPUS # 0864140

Todd Michael Ollis

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Caldwell County,
Caldwell County Sheriffs Department,
Agent Spiegle, head of ICE Task Force

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 5:26-cv-125-MEO

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    Todd Michael Ollis

All other names by which
you have been known:

ID Number                               OPUS # 0864140

Current Institution                     McDowell County Detention Center

Address                                 593 Spaulding Rd.

                                                Marion                        NC                28752
                                                *City*                              *State*                *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    Caldwell County

Job or Title *(if known)*

Shield Number

Employer

Address

                                                Lenior                             NC
                                                *City*                              *State*                *Zip Code*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                                    Caldwell County Sheriff's Dept.

Job or Title *(if known)*

Shield Number

Employer

Address

                                                Lenior                             NC
                                                *City*                              *State*                *Zip Code*

☐ Individual capacity     ☑ Official capacity

Case 5:26-cv-00125-MEO     Document 1     Filed 06/04/26     Page 2 of 12

Defendant No. 3

Name      *Agent Spiegle*

Job or Title *(if known)*      *Head of ICE Task Force*

Shield Number

Employer

Address

     *Lenior*      *NC*

         City          State          Zip Code

☑ Individual capacity      ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

         City          State          Zip Code

☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*The First, Fourth, and Fourteenth Amendments to the United States Constitution.*

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attachment*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See Attachment*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*N/A*

Case 5:26-cv-00125-MEO    Document 1    Filed 06/04/26    Page 4 of 12

C.     What date and approximate time did the events giving rise to your claim(s) occur?

OcT 2nd, 2023,
Approx. 10 P.M.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The officers injured my shoulder, for which I have never received medical treatment.

I also experienced a prolonged period of post-traumatic anxiety in consequence of the illegal home invasion and unnecessarily cruel treatment.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting the court award $1,000,000.00 (One million dollars) for combined physical, psychiatric, and punitive damages, as explained in the attachment.

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*N/A*

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No     *N/A*

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No     *N/A*

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No          *N/A*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No          *N/A*

E. If you did file a grievance:

1. Where did you file the grievance?

   *N/A*

2. What did you claim in your grievance?

   *N/A*

3. What was the result, if any?

   *N/A*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *N/A*

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*Claim did not arise while confined in jail, prison, or other correctional institution.*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3.   Docket or index number

   _____ N/A _____

4.   Name of Judge assigned to your case

   _____ N/A _____

5.   Approximate date of filing lawsuit

   _____ N/A _____

6.   Is the case still pending?

   ☐ Yes           N/A

   ☐ No

   If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 5:26-cv-00125-MEO    Document 1    Filed 06/04/26    Page 9 of 12

☑ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    Todd Michael Ollis   OPUS# 0864140

    Defendant(s)   Dept of Public Safety / Monica Zimmerman Varney / Foothills Correctional Inst

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    United States District Court, Western District of North Carolina,

3.  Docket or index number

    1:26-CV-00140-MEO

4.  Name of Judge assigned to your case

    District Judge Mathew E. Orso

5.  Approximate date of filing lawsuit

    05/15/2026

6.  Is the case still pending?

    ☑ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Pending

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  05/31/2026

Signature of Plaintiff

Printed Name of Plaintiff   Todd Michael Ollis

Prison Identification #   0864140

Prison Address   593 Spaulding Rd

Marion                          NC          28752
_City_                       _State_        _Zip Code_

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_City_                       _State_        _Zip Code_

Telephone Number

E-mail Address

Section II, D              and

Section IV, A, D


On October 2nd, 2023, at approximately 10 PM, Caldwell County Sheriff's Department's ICE Unit (task force) served a search warrant on my residence at 4517 Loye Lane, Sawmills NC, 28630. However, the search warrant was for a different address: 4518 Loye lane.

Upon entering the home, without body cams, and as yet unknown to me, they made their way to the back of the house.

As soon as I saw them, I put my hands up, awaiting instructions.

Instead of issuing instructions and affording me the opportunity to comply, the officer in the lead jabbed me in the chest twice with the end of the barrel of his rifle, knocking me to the floor.

At no time did I resist in any way; and I was unarmed, and with nothing in my hands.

In spite of my complete cooperation, they zip-tied my hands and dragged me roughly down the hallway, through the kitchen, into the living room and threw me onto the couch, causing injury to my shoulder which, nearly three years later, has not fully healed.

At this time, Agent Spiegle, who was in charge of the operation, noticed a security camera that I had in my home. He immediately reached out and jerked the cable out of the back of the camera, disabling it.

At this point, they searched the house. No charges ever filed; and I was released.